## (January 15, 1980)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH CERRONE, Petitioner, v ROBERT KUHLMANN, as Superintendent of the Woodbourne Correctional Facility, Respondent.—Application for writ of habeas corpus dated December 17, 1979 denied. Sweeney, J. P., Kane, Staley, Jr., Main and Herlihy, JJ., concur.

## (January 16, 1980)

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v JOHN HOOKS, Defendant.—Application for writ of habeas corpus denied. Mahoney, P. J., Sweeney, Kane, Main and Mikoll, JJ., concur.